IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Dewana

Printed: 6/10/08

Case Number: 07 B 06951
Judge: Squires, John H
Filed: 4/17/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: April 30, 2008
Confirmed: July 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,600.00 |  |
| Secured: |  | 4,309.60 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,934.00 |
| Trustee Fee: |  | 356.40 |
| Other Funds: |  | 0.00 |
| Totals: | 6,600.00 | 6,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 1,934.00 | 1,934.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 23,359.97 | 4,309.60 |
| 4. | Internal Revenue Service | Priority | 479.19 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 1,776.08 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 1,597.32 | 0.00 |
| 7. | B-Real LLC | Unsecured | 4,773.63 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 2,395.62 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 1,078.29 | 0.00 |
| 10. | B-Real LLC | Unsecured | 7,248.03 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 1,048.57 | 0.00 |
| 12. | Discover Financial Services | Unsecured | 12,490.51 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 50.30 | 0.00 |
| 14. | B-Real LLC | Unsecured | 387.52 | 0.00 |
| 15. | First Tennessee Bank | Unsecured |  | No Claim Filed |
| 16. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 17. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 58,619.03 | $ 6,243.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 356.40 |
|  | _____ |
|  | $ 356.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Smith, Dewana | Case Number:  07 B 06951 |
| | Judge:  Squires, John H |
| Printed:  6/10/08 | Filed:  4/17/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____